# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 21-CR-1784-TWR |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE AND JUDGMENT THEREON** |
| v. | ) | |
| RICARDO GARCIA-ZARAZUA, | ) | |
| Defendant. | ) | |

The United States of America's Motion to Dismiss the Information (ECF No. 16), without prejudice, is GRANTED. The Court dismisses the Complaint without prejudice.

DATED: 6/30/21

Hon. Todd W. Robinson
District Court Judge
Southern District of California